**Order filed April 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01136-CV
_____

### WEIZHONG ZHENG, Appellant

### V.

### VACATION NETWORK, INC. AND LINH C. DINH JOINTLY AND SEVERALLY, Appellees

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2013-33555**

---

## O R D E R

The clerk's record was filed February 6, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's final judgment signed February 3, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 5, 2015, containing the trial court's final judgment signed February 3, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM